IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD GRANT,

    Plaintiff,                     No. CIV S-05-2473 DFL DAD P

    vs.

RENEE KANAN, et al.,

    Defendants.            <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file a second amended complaint pursuant to the court's order filed November 14, 2006.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's December 7, 2006 motion for extension of time is granted; and

        2. Plaintiff is granted an extension of time to January 15, 2007, in which to file a second amended complaint.

DATED: December 13, 2006.

                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
gran2473.36