IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD GRANT,

    Plaintiff,                    No. CIV S-05-2473 JAM DAD P

    vs.

RENEE KANAN, et al.,

    Defendants.                FINDINGS & RECOMMENDATIONS

                              /

        By an order filed April 9, 2009, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants. On April 20, 2009, the order was re-served on plaintiff at his last known address. The time period has since passed, and plaintiff has not responded in any way to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

        These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 3, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
gran2473.fusm