1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GERALD GRANT,

11          Plaintiff,                    No. CIV S-05-2473 JAM DAD P

12      vs.

13   RENEE KANAN, et al.,

14          Defendant.                    <u>ORDER</u>

15   _____/

16          On October 7, 2009, defendants filed a motion to dismiss pursuant to Federal Rule

17   of Civil Procedure 12(b)(6).  Plaintiff has not opposed the motion.[1]

18          Local Rule 78-230(m) provides in part:  "Failure of the responding party to file

19   written opposition or to file a statement of no opposition may be deemed a waiver of any

20   opposition to the granting of the motion . . . ."  On August 4, 2009, plaintiff was advised of the

21   requirements for filing an opposition to the motion and was also advised that failure to oppose

22   such a motion may be deemed a waiver of opposition to the motion.

23   /////

24   _____

25          [1]   If plaintiff no longer wishes to proceed with this matter, he should file a request to
     dismiss this action without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil
26   Procedure.

                                          1

1    Local Rule 11-110 provides that failure to comply with the Local Rules "may be

2   grounds for imposition of any and all sanctions authorized by statute or Rule or within the

3   inherent power of the Court."  In the order filed August 4, 2009, plaintiff was advised that failure

4   to comply with the Local Rules may result in a recommendation that the action be dismissed.

5    Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the

6   date of this order, plaintiff shall file an opposition, if any, to defendants' motion to dismiss.

7   Failure to file an opposition will be deemed as a statement of non-opposition and shall result in a

8   recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

9   DATED: November 17, 2009.

10

11

12   DAD:9
     gran2473.46

13

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26