IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD GRANT,

        Plaintiff,                    No. CIV S-05-2473 JAM DAD P

    vs.

RENEE KANAN, et al.,

        Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed without prejudice. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: February 3, 2010.

                                                   _____
                                                   DALE A. DROZD
                                                   UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
gran2473.59