IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD GRANT,

    Plaintiff,                      No. CIV S-05-2473 JAM DAD P

    vs.

RENEE KANAN, et al.,

    Defendants.              <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed without prejudice. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: February 3, 2010.

                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
gran2473.59